James WILSON, Movant, v. Ruth ALEXANDER, Opposed.

Court of Appeals of Kentucky.

May 20, 1947.

J. Leonard Davis for movant.

J. C. Baker and George R. Pope opposed.

PER CURIAM.

Appeal denied; Judgment affirmed.

George WATSON, Movant, v. COMMONWEALTH of Kentucky, Opposed.

Court of Appeals of Kentucky.

May 27, 1947.

Bertram & Bertram for movant.

Eldon S. Dummit, Attorney General, and H. K. Spear, Assistant Attorney General, opposed.

PER CURIAM.

Appeal overruled; Judgment affirmed.

Mart WEST, Appellant, v. Marcus YANCY, Appellee.

Court of Appeals of Kentucky.

June 6, 1947.

W. R. Henry for appellant.

L. O. Siler, W. L. Rose and C. B. Upton for appellee.

PER CURIAM.

Motion for appeal denied and judgment affirmed.